W. S. Bailey v. A. C. L. Railway Co. (appellant), from Nash. Per Curiam, September 30. Affirmed. F. S. Spruill for defendant.

J. G. Staton v. J. I. Gillis (appellant), from Martin. Per Curiam, October 14. Affirmed. H. W. Stubbs for plaintiff; Wheeler Martin, W. W. Clark and H. A. Gilliam for defendant.

W. H. Mann et al. (appellant) v. George S. Baker et al., from Franklin. Per Curiam, September 29. Affirmed. B. B. Massenburg for plaintiff; Bickett & White for defendant.

Charles F. Dunn (appellant) v. John L. White and Neta White, from Lenoir. Per Curiam, October 7. Affirmed. Charles F. Dunn for plaintiff; G. V. Cowper and Loftin, Varser & Dawson for defendant.

W. D. Pollock v. Charles F. Dunn (appellant), from Lenoir. Per Curiam, October 7. Affirmed. Y. T. Ormond, E. M. Land and G. V. Cowper for plaintiff; Charles F. Dunn for defendant.

Alex. Tilghman v. W. H. Waters (appellant), from Lenoir. Per Curiam, October 6. Affirmed. Wooten & Clark for plaintiff; Rouse & Land and H. E. Shaw for defendant.

Fleishman, Morris & Co. v. George E. Robertson (appellant), from Wake. Per Curiam. Allowed. Peele & Maynard and R. N. Simms for plaintiff.

State v. J. O. Williamson (appellant), from Columbus. Per Curiam, October 14. Affirmed. Attorney-General, D. L. Lenoir, J. B. Schulken and N. A. Sinclair for plaintiff; Donald Mac-Rackan and McLean & McLean for defendant.

Donald MacRackan et al. v. Jerry McKinnon (appellant), from Columbus. Per Curiam, October 14. Affirmed. D. J. Lewis and J. B. Schulken for plaintiff; Meares & Ruark for defendant.

Joe Brown v. Southern Railway Co. (appellant), from Davidson. Per Curiam, November 18. Affirmed. J. A. Barringer for plaintiff; Manly & Hendren for defendant.

A. F. Messick Grocery Co. v. C. H. Jones (appellant), from Forsyth. Per Curiam, November 25. Affirmed. Louis M. Swink for plaintiff; Manly & Hendren for defendant.

J. H. Brown, Admr. (appellant), v. Norfolk and Western Railroad Co., from Forsyth. Per Curiam, November 18. Affirmed. Lindsay Patterson for plaintiff; Watson, Buxton & Watson for defendant.